### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DALENO A. HAYES, ) <br> ) <br> Defendant. ) | 8:02CR114 <br><br> ORDER |

Defendant Daleno A. Hayes appeared before the court on Monday, September 20, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [119]. The defendant was represented by CJA Panel Attorney Bryan C. Meismer and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 25, 2010 at 1:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 20th day of September, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge